IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Hammond Development International, Inc.,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **Civil Action No. 6:19-CV-00355-ADA** |
| **Amazon.com, Inc., Amazon.com LLC, Amazon.com Services, Inc., and Amazon Web Services, Inc.,** | § § § § § § | **Jury Trial Demanded** |
| *Defendants*. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO TRANSFER VENUE [DKT. NO. 30]**

Plaintiff Hammond Development International, Inc. ("HDI") files this Unopposed Motion for Extension of Time to file its Response to Defendants' Motion to Transfer Venue. *See* Dkt. No. 30 ("Motion"). HDI requests an extension up to and including Friday, September 13, 2019. HDI needs additional time to respond to the arguments made in Amazon's Motion and to organize and present evidence in response. Counsel for HDI has met and conferred with counsel for Amazon, who has indicated that Amazon does not oppose the relief sought herein.

Accordingly, HDI respectfully requests that this Court grant this motion and extend the deadline for its response to Amazon's motion to transfer up to and including Friday, September 13, 2019. A Proposed Order is attached.

Dated: September 7, 2019

Respectfully submitted,

_____
**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**BRENT N. BUMGARDNER**
STATE BAR NO. 00795272
**ANDREW J. WRIGHT**
STATE BAR NO. 24063927
**NELSON BUMGARDNER ALBRITTON PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111 (telephone)
903.758.7397 (facsimile)
ema@nbafirm.com
brent@nbafirm.com
andrew@nbafirm.com

**JOSEPH P. OLDAKER**
ILLINOIS BAR NO. 6295319
(*pro hac vice application to be filed*)
**NELSON BUMGARDNER ALBRITTON PC**
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
708.675.1583 (telephone)
joseph@nbafirm.com

**COUNSEL FOR PLAINTIFF
HAMMOND DEVELOPMENT
INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5(b)(1), I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 7th day of September, 2019.

_____
ERIC M. ALBRITTON

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I hereby certify that I have conferred with counsel for Amazon in advance of filing the present motion. Amazon does not oppose the relief sought in this motion.

_____
ERIC M. ALBRITTON