IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HAMMOND DEVELOPMENT INTERNATIONAL, INC. § § § Plaintiff, § § v. § § AMAZON.COM, INC., § AMAZON.COM LLC, § AMAZON.COM SERVICES, INC. § AND § AMAZON WEB SERVICES, INC. § § Defendants. § | | CIVIL ACTION No. 6:19-cv-00355-ADA JURY TRIAL DEMANDED **[LEAD CASE]** |
| HAMMOND DEVELOPMENT INTERNATIONAL, INC. § § § Plaintiff, § § v. § § GOOGLE LLC § § Defendant. § § | | CIVIL ACTION No. 6:19-cv-00356-ADA JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF PROTECTIVE AND ESI ORDERS**

Pursuant to the Court's guidance at the telephone conference on February 3, 2020, the Parties respectfully move for entry of the attached proposed Protective Order and ESI Order in the above-captioned consolidated cases.

Dated: February 21, 2020            Respectfully submitted,

_____
**ANDREW J. WRIGHT**

**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**BRENT N. BUMGARDNER**
STATE BAR NO. 00795272
**ANDREW J. WRIGHT**
STATE BAR NO. 24063927
**NELSON BUMGARDNER ALBRITTON PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111 (telephone)
903.758.7397 (facsimile)
ema@nbafirm.com
brent@nbafirm.com
andrew@nbafirm.com

**JOSEPH P. OLDAKER**
ILLINOIS BAR NO. 6295319 (*Pro Hac Vice*)
**NELSON BUMGARDNER ALBRITTON PC**
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
708.675.1583 (telephone)
joseph@nbafirm.com

**COUNSEL FOR PLAINTIFF
HAMMOND DEVELOPMENT
INTERNATIONAL, INC.**

*/s/ Colin B. Heideman (by permission)*

Brian C. Nash
Texas State Bar No. 24051103
brian.nash@pillsburylaw.com

2

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 Congress Avenue, Suite 1700
Austin, TX 78701
Telephone: (512) 580-9629
Facsimile: (512) 580-9601

Joseph R. Re (*Pro Hac Vice*)
joe.re@knobbe.com
Joseph S. Cianfrani (*Pro Hac Vice*)
joe.cianfrani@knobbe.com
Jeremy A. Anapol (*Pro Hac Vice*)
jeremy.anapol@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, L.L.P.**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Colin B. Heideman (*Pro Hac Vice*)
colin.heideman@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, L.L.P.**
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Telephone: (206) 405-2000
Facsimile: (206) 405-2001

**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC., AMAZON.COM LLC, AMAZON.COM SERVICES, INC. AND AMAZON WEB SERVICES, INC.**


*/s/ Luann L. Simmons (by permission)*

Steve McConnico
Texas State Bar No. 13450300
smcconnico@scottdoug.com
Paige Arnette Amstutz

3

Texas State Bar No. 00796136
pamstutz@scottdoug.com
**SCOTT, DOUGLASS & MCCONNICO, LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Darin W. Snyder (*Pro Hac Vice*)
dsnyder@omm.com
Luann L Simmons (*Pro Hac Vice*)
lsimmons@omm.com
David S. Almeling (*Pro Hac Vice*)
dalmeling@omm.com
Mark Liang (*Pro Hac Vice*)
mliang@omm.com
Amy K. Liang (*Pro Hac Vice*)
aliang@omm.com
Daniel Silverman (*Pro Hac Vice*)
dsilverman@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

**ATTORNEYS FOR DEFENDANT GOOGLE LLC**

4

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5(b)(1), I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 21st day of February, 2020.

---
ANDREW J. WRIGHT