IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HAMMOND DEVELOPMENT INTERNATIONAL, INC.,<br><br>　Plaintiffs,<br><br>　　-vs.-<br><br>AMAZON.COM, INC.,<br>AMAZON.COM LLC,<br>AMAZON.COM SERVICES, INC., AND<br>AMAZON WEB SERVICES, INC.,<br><br>　Defendant. | Case No. 1:20-cv-00342-ADA |

## **ORDER DISMISSING ACTION**

　　Before this Court is a Stipulation and Joint Motion to Dismiss Action and an attached Covenant Not to Sue and Release of Claims ("the Second Covenant") filed by Plaintiff Hammond Development International, Inc. ("HDI") and Defendants Amazon.com, Inc., Amazon.com, LLC, Amazon.com Services, Inc., and Amazon Web Services, Inc. (collectively, "Amazon"). The Second Covenant relates to U.S. Patent Nos. 9,264,483 ("the '483 Patent"), 10,264,032 ("the '032 Patent"), 10,270,816 ("the '816 Patent"), as well as all other patents and applications in which HDI has rights. HDI previously executed and provided Amazon with a Covenant Not to Sue and Release of Claims ("the First Covenant") relating to United States Patent Nos 9,420,011 ("the '011 Patent"), 9,456,040 ("the '040 Patent"), 9,705,937 ("the '937 Patent"), 9,716,732 ("the '732 Patent"), and 10,193,935 ("the '935 Patent"). Together, the First and Second Covenants cover all patents asserted by HDI against Amazon in its Complaint (collectively, the "Asserted Patents").

1

In view of the Stipulation and First and Second Covenants, the Court hereby grants the Joint Motion and ORDERS as follows:

1. HDI's Complaint against Amazon is dismissed *with prejudice* in its entirety.

2. All of Amazon's defenses are dismissed *without* prejudice. This dismissal in no way precludes Amazon from asserting any defense in any future action involving any Asserted Patent or any patent rights covered by the First and Second Covenants.

3. Each party shall bear its own costs and fees incurred related to the Asserted Patents.

SIGNED this 1st day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE